**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CHRISTOPHER ROBINSON                                                                                  PLAINTIFF
ADC #164517

V.                                           NO: 4:16CV00553 KGB/PSH

DARRYL MUSADDIQ *et al*                                                                            DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Christopher Robinson, an inmate at the Arkansas Department of Correction's Cummins Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 28, 2016. Robinson did not pay the $400.00 filing and administrative fees, and his application for leave to proceed *in forma pauperis* was incomplete. On September 28, 2016, the Court entered an order denying the application for leave to proceed *in forma pauperis*, and directing Robinson to either pay the filing and administrative fees, or file a complete application for leave to proceed *in forma pauperis* within 30 days. Doc. No. 4. That same order warned Robinson that his failure to comply would result in

1

the recommended dismissal of his complaint.

More than 30 days have passed, and Robinson has not paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Robinson's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Christopher Robinson's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE