IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER ROBINSON**                                                                                   **PLAINTIFF**
**ADC #164517**

v.                              Case No. 4:16-cv-00553 KGB/PSH

**DARRYL MUSADDIQ,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6).

It is therefore ordered that:

1. Plaintiff Christopher Robinson's complaint is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to Judge Harris's previous Order (Dkt. No. 4).

2. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be considered frivolous and not in good faith.

So ordered this the 10th day of January, 2017.

_____
Kristine G. Baker
United States District Judge