# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTOPHER ROBINSON**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #164517**

**v.**　　　　　　**Case No. 4:16-cv-00553 KGB/PSH**

**DARRYL MUSADDIQ,** *et al.*　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be considered frivolous and not in good faith.

So adjudged this the 10th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge